## JOHNSON v. FRIEDHOFF.

(City Court of New York, General Term. May 9, 1893.)

SALE AT AUCTION—FAILURE OF CONSIDERATION—LIABILITY OF PURCHASER.
  Damages for failure of a purchaser, at public auction, of the lease and good will of an hotel, to complete the purchase, cannot be recovered where there was no good will, and therefore a failure of consideration.

Appeal from trial term.

Action by Christopher A. Johnson, as administrator of Christopher Johnson, deceased, against John P. Friedhoff, for defendant's failure to complete a purchase of property sold to him by intestate at public aution. From a judgment dismissing the complaint, plaintiff appeals. Affirmed.

Argued before FITZSIMONS and NEWBURGER, JJ.

D. Frank Lloyd, for appellant.

Rabe & Keller, for respondent.

FITZSIMONS, J. The trial justice dismissed the complaint upon the ground that the plaintiff's testator agreed to sell the lease and good will of the hotel in question. The hotel having no good will, there was a failure of consideration, and therefore no cause of action herein. His ruling was right, and judgment must be affirmed, with costs.